**Order entered September 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01060-CR**
**No. 05-15-01061-CR**
**No. 05-15-01062-CR**

**DANNY RICHARD MINOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82236-2014, 416-82237-2014 & 416-82238-2014**

## ORDER

We **GRANT** the State's motion for extension of time to file its brief. We **ORDER** the

State's brief filed no later than October 13, 2016.

/s/     LANA MYERS
         JUSTICE